427 A.2d 650

**In re ADOPTION OF Nicki Nicole WILLIAMS, A Minor.**

**Appeal of Zelda WILLIAMS.**

Supreme Court of Pennsylvania.

Submitted March 5, 1981.

Decided April 15, 1981.

Rosalia G. Parker, Neighborhood Legal Services Ass'n, Pittsburgh, for appellant.

Robert T. Kane, Munhall, for James and Amanda Branch.

Michael J. Murphy, Munhall, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

627

## OPINION OF THE COURT

PER CURIAM:

The Decree of the Court of Common Pleas of Allegheny County is affirmed.